# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| NDL KEG INC., a British Virgin Islans Corporation and NDL KEG QINGDAO INC., a Chinese limited liablity company,<br><br>*Plaintiff(s)*<br>v.<br>GLOBAL KEG RENTAL LLC, a Nevada limited liability company, BOBBY L. MOORE, an individual, and PAUL BARRY, an individual,<br><br>*Defendant(s)* | Civil Action No. 6:18-cv-168-ORL-22TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Paul Barry
6675 Westwood Boulevard
Orlando, FL 32821

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Lori V. Vaughan, Esq.
Trenam Law
101 E Kennedy Boulevard, Suite 2700
Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/5/18

*Signature of Clerk or Deputy Clerk*