# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

NDL KEG INC., a British Virgin Islands
Corporation and NDL KEG QINGDAO INC.,
a Chinese limited liability company,

        Plaintiffs,                Case No. 6:18-cv-00168-ACC-TBS

v.

GLOBAL KEG RENTAL LLC, a Nevada limited
liability company; BOBBY L. MOORE, an
individual; and PAUL BARRY, an individual,

        Defendants.
_____/

## MOTION FOR ADMISSION OF DAVID G. DRAGICH
## TO PRACTICE *PRO HAC VICE* AND DESIGNATION OF LOCAL COUNSEL

David G. Dragich, Esquire, of the Dragich Law Firm, PLLC ("Movant"), pursuant to Local Rule 2.02, moves this court for admission *pro hac vice*, to appear in the case referenced above as counsel for NDL Keg, Inc., a British Virgin Islands Corporation, and NDL Keg Qingdao Inc., a Chinese limited liability company, as follows:

    1.    Movant is an attorney licensed to practice law and is a member of good standing of the state bar in the State of Michigan.

    2.    Movant is also admitted to practice before and is in good standing in the U.S. District Courts for the Eastern and Western Districts of Michigan and the U.S. Court of Appeals for the Sixth Circuit.

    3.    Movant designates Lori V. Vaughan, a resident Florida attorney, of the law firm of Trenam, Kemker, Scharf, Barkin, Frye, O'Neill and Mullis, P.A., who is qualified to practice in this Court and who consents to designation as local counsel.

4. Movant certifies that he has never been disbarred and is not currently suspended from practice of law in the state of Michigan or any other state, nor from any United States Bankruptcy Court, District Court or Court of Appeals.

5. Movant certifies that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the Middle District of Florida District Court and the Orlando Division of District Court.

**WHEREFORE**, Movant respectfully requests entry of an order authorizing his admission to practice and represent NDL Keg, Inc., a British Virgin Islands Corporation, and NDL Keg Qingdao Inc., a Chinese limited liability company in the instant proceeding.

Dated this 8th day of February 2018.

*/s/ David G. Dragich*
David G. Dragich, Esquire
Michigan Bar No. P63234
ddragich@dragichlaw.com
The Dragich Law Firm, PLLC
17000 Kercheval Avenue, Suite 210
Grosse Pointe, MI 48230
Tele: 313.886.4550

*Attorneys for NDL Keg, Inc., a British Virgin Islands Corporation, and NDL Keg Qingdao Inc., a Chinese limited liability company*

**CONSENT TO ACT AS LOCAL COUNSEL**

I, Lori V. Vaughan, an attorney qualified to practice in this Court, consent to designation as the local attorney for David G. Dragich and The Dragich Law Firm, PLLP, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and any related proceedings, and upon whom papers shall be served.

*/s/ Lori V. Vaughan*
Lori V. Vaughan, Esquire
Florida Bar No. 0154921
lvaughan@trenam.com
Trenam Kemker
101 E Kennedy Boulevard, Suite 2700
Tampa, FL 33602
Tele: (813) 223-7474

*Local Counsel for NDL Keg, Inc., a British Virgin Islands Corporation, and NDL Keg Qingdao Inc., a Chinese limited liability company*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been electronically filed on February 8, 2018, with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all registered CM/ECF participants.

*/s/ Lori V. Vaughan*
Attorney