UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NDL KEG INC. and NDL KEG QINGDAO INC.,

    Plaintiffs,

v.                      Case No: 6:18-cv-168-Orl-22TBS

GLOBAL KEG RENTAL LLC, BOBBY L. MOORE and PAUL BARRY,

    Defendants.

## ORDER

The Motion for Admission of David G. Dragich to Practice *Pro Hac Vice* and Designation of Local Counsel (Doc. 9), and the Motion for Admission of Amanda C. Vintevoghel to Practice *Pro Hac Vice* and Designation of Local Counsel (Doc. 10), are **DENIED without prejudice** because they fail to aver that Mr. Dragich and Ms. Vintevoghel have not appeared "in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida." M.D. FLA. R. 2.02(a).

**DONE** and **ORDERED** in Orlando, Florida on February 8, 2018.

*[signature]*
THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties