UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NDL KEG INC. and NDL KEG QINGDAO INC.,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　　　　　Case No: 6:18-cv-168-Orl-22TBS

GLOBAL KEG RENTAL LLC, BOBBY L. MOORE and PAUL BARRY,

    Defendants.

## ORDER

The Amended Motion for Admission of David G. Dragich to Practice *Pro Hac Vice* and Designation of Local Counsel (Doc. 13), and the Amended Motion for Admission of Amanda C. Vintevoghel to Practice *Pro Hac Vice* and Designation of Local Counsel (Doc. 14), are **GRANTED** and these attorneys are admitted to appear *pro hac vice* on behalf of Plaintiffs, NDL Keg Inc., and NDL Keg Qingdao Inc. Mr. Dragich and Ms. Vintevoghel are affiliated with The Dragich Law Firm, PLLC, 17000 Kercheval Avenue, Suite 210, Grosse Pointe, Michigan 48230.

The Middle District of Florida utilizes a case management electronic filing system ("CM/ECF"). Within ten days of the date of this Order, Mr. Dragich and Ms. Vintevoghel shall register to participate and docket in CM/ECF or show cause in writing within that time frame why they are unable to participate.[1]

---

[1] Counsel shall visit the Court's website located at www.flmd.uscourts.gov and click on the "CM/ECF" tab for more information. The Court has an expectation that counsel will participate in the CM/ECF training tutorials provided on the website prior to using the system.

Any attorney appearing in this Court pursuant to M.D. Fla. R. 2.02(a) "shall be deemed to be familiar with, and shall be governed by, these [local] rules in general, including Rule 2.04 hereof in particular; and shall also be deemed to be familiar with and governed by the Code of Professional Responsibility and other ethical limitations or requirements then governing the professional behavior of members of The Florida Bar." M.D. Fla. R. 2.02(c).

Attorney Lori V. Vaughan, a member of the bar of this Court with offices at 101 East Kennedy Boulevard, Suite 2700, Tampa, Florida 33602, has consented to the designation of local counsel. She shall accept service of all notices and papers on behalf of Plaintiffs and is responsible for the progress of the case, including the trial, in default of the non-resident attorneys.

**DONE** and **ORDERED** in Orlando, Florida on February 13, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties