UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NDL KEG, INC. and NDL KEG QINGDAO INC.,

    Plaintiffs,

v.

GLOBAL KEG RENTAL LLC, BOBBY L. MOORE and PAUL BARRY,

    Defendants.
_____/

Case No. 6:18-cv-00168

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby files his Notice of Appearance on behalf of Plaintiffs NDL Keg Inc. and NDL Keg Qingdao Inc. The undersigned requests that all notices given or required to be given in the above-captioned case and all papers served or required to be served in above-captioned case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

Dated: February 15, 2018

**THE DRAGICH LAW FIRM PLLC**

/s/ David G. Dragich
David G. Dragich (P63234)
Amanda C. Vintevoghel (P76567)
17000 Kercheval Ave, Suite 210
Grosse Pointe, MI 48230
Phone: (313) 886-4550
ddragich@dragichlaw.com

Counsel for Plaintiffs NDL Keg Inc. and NDL Keg Qingdao Inc.