**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NDL KEG, INC. and NDL KEG QINGDAO INC.,

    Plaintiffs,

v.

Case No. 6:18-cv-00168

GLOBAL KEG RENTAL LLC, BOBBY L. MOORE and PAUL BARRY,

    Defendants.

_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned counsel hereby files her Notice of Appearance on behalf Plaintiffs NDL Keg Inc. and NDL Keg Qingdao Inc. The undersigned requests that all notices given or required to be given in the above-captioned case and all papers served or required to be served in above-captioned case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

Dated: February 15, 2018        **THE DRAGICH LAW FIRM PLLC**

                                      /s/ Amanda C. Vintevoghel_____
                                      Amanda C. Vintevoghel (P76567)
                                      David G. Dragich (P63234)
                                      17000 Kercheval Ave, Suite 210
                                      Grosse Pointe, MI 48230
                                      Phone: (313) 886-4550
                                    avintevoghel@dragichlaw.com

                                      Counsel for Plaintiffs NDL Keg Inc. and NDL Keg Qingdao Inc.