# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**NDL KEG INC. and NDL KEG QINGDAO INC.,**

    **Plaintiffs,**

v.                                         Case No: 6:18-cv-00168-ACC-TBS

**GLOBAL KEG RENTAL LLC, BOBBY L. MOORE and PAUL BARRY,**

    **Defendants.**

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

<u>A case with some of the same parties was originally filed in the United States District Court for the Eastern District of Michigan, Case No. 17-14129. However, the Plaintiffs voluntarily dismissed the case without prejudice.</u>

_____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: February 20, 2018

                                    */s/ Lori V. Vaughan*
                                    LORI V. VAUGHAN
                                    Florida Bar No. 0154921
                                    lvaughan@trenam.com
                                    TRENAM KEMKER SCHARF BARKIN FRYE O'NEILL & MULLIS PA
                                    101 E. Kennedy Boulevard
                                    Bank of America Plaza, Suite 2700
                                    PO Box 1102 (33601)

Tampa, FL 33602
Telephone: (813) 223-7474

And

**THE DRAGICH LAW FIRM PLLC**

David G. Dragich (P63234)
Amanda C. Vintevoghel (P76567)
17000 Kercheval Ave., Suite 210
Grosse Pointe, MI 48230
Telephone: (313) 886-4550
ddragich@dragichlaw.com
avintevoghel@dragichlaw.com

*Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2018 a true and correct copy of the forgoing has been filed by using the CM/ECF e-filing portal which sends a copy electronically via email to Maureen P. Kelly at mpkelly@shutts.com.

*/s/ Lori V. Vaughan*
Attorney