UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**NDL KEG INC. and NDL KEG
QINGDAO INC.,**

        **Plaintiffs,**

v.                                             Case No: 6:18-cv-00168-ACC-TBS

**GLOBAL KEG RENTAL LLC, BOBBY
L. MOORE and PAUL BARRY,**

        **Defendants.**
_____/

**CERTIFICATE OF INTERESTED PERSONS AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

    I hereby disclose the following pursuant to this Court's Interested Persons Order:

    1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, all other identifiable legal entities related to any party in the case, and all members of any LLC including their citizenship:

    a. **NDL Keg LLC, a Michigan Limited Liability Company**

        • **Members:**

            i. **Group NDL Inc., a Michigan corporation**

            ii. **Steven Syzdek, a Michigan resident**

    b. **Echodog Industries, Inc., a Florida Corporation**

    c. **Global Keg Rental Investments LLC, a Nevada Limited Liability Company**

        • **Members (upon information and belief):**

1

i. **Cary Erfurth, a Florida resident**

ii. **Ed Perrot, a Florida resident**

iii. **Patrick Perrot (potentially deceased)**

iv. **Paul Barry, a New York resident**

v. **Lugus Capital, an Ireland corporation**

vi. **BCW Deal Fees (unknown)**

vii. **Steve Farkas, a Florida resident**

d. **Lori V. Vaughan, Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A., Counsel for Plaintiffs**

e. **David G. Dragich, The Dragich Law Firm PLLC, Counsel for Plaintiff**

f. **Amanda C. Vintevoghel, The Dragich Law Firm PLLC, Counsel for Plaintiff**

**To the best of Plaintiffs' knowledge, and with respect to and other than the Plaintiffs' involvement in this action, there are no other persons, attorneys, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action. The Plaintiffs will amend this Certificate and Statement upon discovering any ground for amendment or discovering any ground for recusal or disqualification of a judicial officer.**

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**To the best of Plaintiffs' knowledge, and with respect to and other than the Plaintiffs' involvement in this action, there are no other entities whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings. The**

**Plaintiffs will amend this Certificate and Statement upon discovering any ground for amendment or discovering any ground for recusal or disqualification of a judicial officer.**

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**To the best of Plaintiffs' knowledge, and with respect to and other than the Plaintiffs' involvement in this action, there are no other entities who are likely to be active participants in the proceedings. The Plaintiffs will amend this Certificate and Statement upon discovering any ground for amendment or discovering any ground for recusal or disqualification of a judicial officer.**

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**NDL Keg Inc., a British Virgin Islands Corporation**

**NDL Keg Qingdao Inc., a Chinese Limited Liability Company**

**To the best of Plaintiffs' knowledge, and with respect to and other than the Plaintiffs' involvement in this action, there are no other victims of civil and/or criminal conduct, alleged to be wrongful, who may be entitled to restitution. The Plaintiffs will amend this Certificate and Statement upon discovering any ground for amendment or discovering any ground for recusal or disqualification of a judicial officer.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and

will immediately notify the Court in writing on learning of any such conflict.

Dated: February 20, 2018
/s/ Lori V. Vaughan
LORI V. VAUGHAN
Florida Bar No. 0154921
lvaughan@trenam.com
TRENAM KEMKER SCHARF BARKIN FRYE O'NEILL & MULLIS PA
101 E. Kennedy Boulevard
Bank of America Plaza, Suite 2700
PO Box 1102 (33601)
Tampa, FL 33602
Telephone: (813) 223-7474

And

**THE DRAGICH LAW FIRM PLLC**

David G. Dragich (P63234)
Amanda C. Vintevoghel (P76567)
17000 Kercheval Ave., Suite 210
Grosse Pointe, MI 48230
Telephone: (313) 886-4550
ddragich@dragichlaw.com
avintevoghel@dragichlaw.com

*Co-Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 20, 2018 a true and correct copy of the forgoing has been filed by using the CM/ECF e-filing portal which sends a copy electronically via email to Maureen P. Kelly at mpkelly@shutts.com.

*/s/ Lori V. Vaughan*
Attorney