UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NDL KEG INC., a British Virgin Islands
corporation and NDL KEG QINGDAO, INC.,
a Chinese limited liability company,

       Plaintiffs,

vs.                                             Case No. 6:18-cv-00168-ORL-22TBS

GLOBAL KEG RENTAL LLC, a
Nevada limited liability company,
BOBBY L. MOORE, an individual, and
PAUL BARRY, an individual,

       Defendants.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Paul J. Scheck, Esquire of the firm of Shutts & Bowen LLP, and files this Notice of Appearance on behalf of Defendants, GLOBAL KEG RENTAL LLC, BOBBY L. MOORE and PAUL BARRY, in the above-styled cause of action. All parties are directed to serve all notices, motions and pleadings on the undersigned.

Dated this 27th day of February, 2018.

                                                */s/ Paul J. Scheck*
                                                PAUL J. SCHECK, ESQ.
                                                Florida Bar No. 028487
                                                Email: pscheck@shutts.com
                                                MAUREEN P. KELLY, ESQ.
                                                Florida Bar No. 119226
                                                Email: mpkelly@shutts.com
                                                SHUTTS & BOWEN LLP
                                                300 South Orange Avenue, Suite 1600
                                                Orlando, Florida 32801
                                                Telephone: (407) 423-3200
                                                Facsimile: (407) 425-8316
                                                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 27th day of February, 2018, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the following:

Lori V. Vaughan, Esq.
lvaughan@trenam.com

David G. Dragich, Esq.
ddragich@dragichlaw.com

Amanda C. Vintevoghel, Esq.
avintevoghel@dragichlaw.com

/s/ Paul J. Scheck
Counsel

ORLDOCS 15983775 1