UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NDL KEG INC., a British Virgin Islands
corporation and NDL KEG QINGDAO, INC.,
a Chinese limited liability company,

      Plaintiffs,

vs.                                   Case No. 6:18-cv-00168-ORL-22TBS

GLOBAL KEG RENTAL LLC, a
Nevada limited liability company,
BOBBY L. MOORE, an individual, and
PAUL BARRY, an individual,

      Defendants.
_____/

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
### TO FILE RESPONSE TO COMPLAINT AND INCORPORATED
### MEMORANDUM OF LAW

Defendants, GLOBAL KEG RENTAL LLC, BOBBY L. MOORE and PAUL BARRY (collectively referred to as the "Defendants"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), respectfully move for an enlargement of time in which to respond to the Complaint. The grounds for this Motion are:

1.     The Plaintiffs filed their Complaint in the above-captioned action on or about February 1, 2018.

2.     Defendants executed a Waiver of the Service of Summons on February 9, 2018. (Doc. 12). Pursuant thereto, Defendants' current deadline to respond to the Complaint is March 13, 2018.

3.     On February 28, 2018, Magistrate Judge Smith issued a "Report and Recommendation" (Doc. 23) in which he recommended that Plaintiffs' Complaint be "dismissed

without prejudice to the pursuit of their claims in state court." (Doc. 23, p. 6). Magistrate Judge Smith further recommended that the Clerk be directed to close this file. (Doc. 23, p. 6). In addition, he directed that the parties shall have 14 days (i.e., until March 14, 2018) in which to file any written objections to the Report and Recommendation's factual findings and legal conclusions. (Doc. 23, p. 6).

4. In light of Magistrate Judge Smith's Report and Recommendation, Defendants respectfully request that they be granted an enlargement of time in which to respond to the Complaint. Given that Magistrate Judge Smith has recommended dismissal without prejudice and closure of this case, requiring a response to the Complaint before the Court has ruled upon those recommendations would unnecessarily waste the resources of the Court and the parties.

5. If the Court adopts the Report and Recommendation and dismisses and closes this lawsuit, any response by Defendants to the Complaint will become moot. In the event that the Court does not adopt the Report and Recommendation and dismissal is not ordered, Defendants request that they be granted twenty (20) days from the Court's Order in which to answer, move against, or otherwise respond to the Complaint.

6. This motion is not made for the purpose of delay, and Plaintiffs will not be prejudiced by this enlargement.

7. Pursuant to Local Rule 3.01(g), counsel for Defendants conferred with counsel for Plaintiffs, and Plaintiffs' counsel advised that they do not have authority at this time to consent to the enlargement of time sought in this Motion.

**MEMORANDUM OF LAW**

Under Fed. R. Civ. P. 6(b), the Court, in its discretion, may enlarge the period for taking required or allowed action if the request is made before the expiration of the originally prescribed period. In this case, the relief has been requested prior to the current response deadline of March 13, 2018. In addition, the Plaintiffs will not suffer any prejudice as a result of this limited extension of time.

Under the aforementioned circumstances, good cause has been shown for the requested enlargement, which will not prejudice any party. Accordingly, this Court should grant the motion for an enlargement of time.

WHEREFORE, Defendants, GLOBAL KEG RENTAL LLC, BOBBY L. MOORE and PAUL BARRY, respectfully request that this Court grant an enlargement of time pending the Court's entry of an Order ruling on Magistrate Judge Smith's Report and Recommendation. In the event that such Order does not adopt the Report and Recommendation and does not dismiss the Complaint, Defendants request that they be granted twenty (20) days from the date of that Order in which to answer, move against, or otherwise respond to the Complaint. Defendants also seek such other and further relief as this Court deems proper.

> */s/ Paul J. Scheck*
> PAUL J. SCHECK, ESQ.
> Florida Bar No. 028487
> Email: pscheck@shutts.com
> MAUREEN P. KELLY, ESQ.
> Florida Bar No. 119226
> Email: mpkelly@shutts.com
> SHUTTS & BOWEN LLP
> 300 South Orange Avenue, Suite 1600
> Orlando, Florida 32801
> Telephone: (407) 423-3200
> Facsimile: (407) 425-8316
> *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this 2nd day of March, 2018, electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to the following:

Lori V. Vaughan, Esq.
lvaughan@trenam.com

David G. Dragich, Esq.
ddragich@dragichlaw.com

Amanda C. Vintevoghel, Esq.
avintevoghel@dragichlaw.com

/s/ Paul J. Scheck
Counsel

ORLDOCS 15992620 1