UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:18-cv-00168-22TBS

NDL KEG, INC. a British Virgin Islands
Corporation and NDL KEG QINGDAO INC.,
A Chinese limited liability company,

    Plaintiffs,

v.

GLOBAL KEG RENTAL LLC, a
Nevada limited liability company,
BOBBY L. MOORE, an individual, and
PAUL BARRY, an individual,

    Defendants.
_____/

## NOTICE OF AMENDED 3.01(g) CERTIFICATION FOR DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE/REPLY TO COMPLAINT

Defendants, GLOBAL KEG RENTAL LLC, BOBBY L. MOORE, and PAUL BARRY (collectively "Defendants"), by and through their undersigned counsel, hereby file this Notice of Amended 3.01(g) Certification for Defendants' Motion for Extension of Time to File Response/Reply to Complaint, and in support thereof states as follows:

1. The current deadline for Defendants to file a response to the Complaint is March 13, 2018.

2. On March 2, 2018, the undersigned filed a Motion for Extension of Time to File Response/Reply as to Complaint (Doc. 24) (the "Motion"). The Court has not yet ruled on the Motion.

3. The Motion was based, in part, on the Magistrate Judge's Report and Recommendation recommending dismissal of the above-captioned lawsuit.

4. At the time the undersigned filed the Motion, counsel for Plaintiffs, NDL KEG, INC. and NDL KEG QINGDAO INC. (collectively "Plaintiffs"), advised that they did not then have authority to consent to the Motion.

5. On March 12, 2018, in light of tomorrow's impending deadline for Defendants to respond to the Complaint, counsel for Defendants again conferred with counsel for Plaintiffs regarding the relief sought in the Motion. Counsel for Plaintiffs advised that they now consent to the extension of time sought by Defendants in the Motion. As a result, the relief sought in the Motion is agreed upon by all parties.

WHEREFORE, Defendants respectfully request that the Court consider this Amended 3.01(g) certification in making its determination as to Defendant's Motion for Extension of Time to File Response/Reply to Complaint.

*/s/ Maureen P. Kelly*
PAUL J. SCHECK, ESQ.
Florida Bar No. 028487
Email: pscheck@shutts.com
MAUREEN P. KELLY, ESQ.
Florida Bar No. 119226
Email: mrogers@shutts.com
SHUTTS & BOWEN LLP
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of March, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a copy to the counsel of record.

*/s/ Maureen P. Kelly*
Maureen P. Kelly