UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NDL KEG INC. and NDL KEG QINGDAO INC.,

    Plaintiffs,

v.                                                 Case No: 6:18-cv-168-Orl-22TBS

GLOBAL KEG RENTAL LLC, BOBBY L. MOORE and PAUL BARRY,

    Defendants.

## ORDER

This matter comes before the Court on Defendants' Motion for Enlargement of Time to File Response to Complaint (Doc. 24). Defendants request that they be granted an extension of twenty (20) days from the day the district judge rules on the Report and Recommendation at docket entry 23 within to file a response to Plaintiffs' complaint. Plaintiffs do not oppose the motion (Doc. 25 at ¶ 5). After due consideration, the Motion for Enlargement of time is **GRANTED**. Defendants shall have twenty (20) days from the date the district judge rules on the Report and Recommendation (Doc. 23) to file a response to the complaint.

**DONE** and **ORDERED** in Orlando, Florida on March 13, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to Counsel of Record