# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

NDL KEG INC., a British Virgin Islands Corporation and NDL KEG QINGDAO INC., a Chinese limited liability company,

    Plaintiffs,

v.

GLOBAL KEG RENTAL LLC, a Nevada limited liability company, BOBBY L. MOORE, an individual, and PAUL BARRY, an individual,

    Defendants.

Case No. 6:18-cv-168-Orl-22TBS

## AGREED MOTION TO DISMISS CASE

NDL KEG INC., a British Virgin Island Corporation, and NDL KEG QINGDAO INC., a Chinese limited liability company ("NDL" or "Plaintiffs"), pursuant to Fla. R. Civ. P. 1.420, files this Agreed Motion to Dismiss Case, and as grounds therefore states as follows:

1. On February 1, 2018, NDL filed a complaint against GLOBAL KEG RENTAL LLC, a Nevada limited liability company, BOBBY L. MOORE, an individual, and PAUL BARRY, an individual (collectively the "Defendants") for breach of contract and other related causes of action, invoking the Court's diversity jurisdiction.

2. The Court has raised concerns as to whether complete diversity exists in this case. An Order (Doc. No. 7) was entered requiring Plaintiffs to provide evidence of diversity. Thereafter, Magistrate Judge Smith issued a Report and Recommendation (Doc. No. 23) that the matter should be dismissed without prejudice for lack of jurisdiction.

3. In light of the above, the parties have conferred and have agreed to dismissal of this action, without prejudice, based on a lack of jurisdiction. In consideration of the agreement to dismiss this action, Plaintiffs and Defendants agree that in the event Plaintiffs subsequently file an action against Defendants in the Business Court, Orange County, 9th Judicial Circuit, asserting claims previously asserted herein (the "State Action"), (a) Defendants shall accept service of process and waive any personal jurisdiction defenses (while reserving all other defenses); (b) the time for Defendants to answer, move against, or otherwise respond to the complaint shall be extended up to and including 35 days from the date of acceptance of service; and (c) the parties shall file in the Business Court a stipulation and proposed order, in a form to be agreed by the parties, memorializing the foregoing points (a) and (b).

4. Counsel for Defendants has consented to the relief sought herein.

WHEREFORE, NDL respectfully requests this Court enter an order dismissing this action without prejudice, and for such other and further relief as is just and proper.

### 3.01(G) CERTIFICATION

The undersigned counsel hereby certifies that she conferred with Defendants' counsel, who agreed to the dismissal of Plaintiff's Complaint. Counsel further certifies that this motion is brought in good faith and not for any improper purpose.

Dated: March 13, 2018

*/s/ Lori V. Vaughan*
Lori V. Vaughan
Florida Bar No. 0154921
lvaughan@trenam.com
TRENAM KEMKER SCHARF BARKIN
FRYE O'NEILL & MULLIS PA
101 E. Kennedy Boulevard
Bank of America Plaza, Suite 2700
PO Box 1102 (33601)
Tampa, FL 33602

Telephone: (813) 223-7474

and

David G. Dragich (P63234)
Amanda C. Vintevoghel (P76567)
THE DRAGICH LAW FIRM PLLC
17000 Kercheval Avenue, Suite 210
Grosse Pointe, MI 48230
Telephone: (313) 886-4550
ddragich@dragichlaw.com
avintevoghel@dragichlaw.com

*Counsel for Plaintiffs NDL Keg Inc. and NDL Keg Qingdao Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2018 a true and correct copy of the forgoing has been filed by using the CM/ECF e-filing portal which sends a copy electronically via email to Maureen P. Kelly at mpkelly@shutts.com and Paul J. Scheck at pscheck@shutts.com.

*/s/ Lori V. Vaughan*
Attorney