UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:18-cv-00168-22TBS

NDL KEG, INC. a British Virgin Islands
Corporation and NDL KEG QINGDAO INC.,
A Chinese limited liability company,

    Plaintiffs,

v.

GLOBAL KEG RENTAL LLC, a
Nevada limited liability company,
BOBBY L. MOORE, an individual, and
PAUL BARRY, an individual,

    Defendants.
_____/

## JOINT MOTION TO STRIKE AND REMOVE
## EXHIBITS FROM PUBLIC DOCKET

Defendants, GLOBAL KEG RENTAL LLC, BOBBY L. MOORE, and PAUL BARRY (collectively "Defendants"), and Plaintiffs, NDL KEG, INC. and NDL KEG QINGDAO INC., (collectively "Plaintiffs"), by and through their undersigned counsel, hereby jointly move to strike Exhibits C-G and K to Plaintiffs' Complaint [Doc. 1] without prejudice, and for the removal of said Exhibits from the public docket, and in support thereof state as follows:

    1.    Defendants contend that Exhibits C-G and K to Plaintiffs' Complaint should not have been filed with the Court on the public docket because they contain confidential information and are subject to a previously executed Non-Disclosure Agreement. Defendants further contend that, if Exhibits C-G and K were to remain on the public docket, their legitimate business interests would be threatened with severe and irreparable harm because confidential information would be maintained as a matter of public record.

2. Defendants have requested that Plaintiffs agree to a motion to strike those Exhibits without prejudice and to request the Court to remove them from the public docket.

3. Plaintiffs agree that Exhibits C-G and K should be stricken and removed from the public docket by this Court without prejudice, and that any disputes regarding the future use of Exhibits C-G and K in connection with the litigation of the parties' claims should be addressed in the state court in which those claims are to be heard.

4. Plaintiffs filed an agreed motion to dismiss this action and anticipate refiling their claims against Defendants in state court. As a result, Exhibits C-G and K to Plaintiffs' Complaint will not be presented for consideration by this Court and the striking and removal of the Exhibits will not prejudice any party in this action or implicate any public interest.

5. Accordingly, given Defendants' stated concern for their business interests and the agreement of all parties to the relief requested in this motion, the Court should strike and remove the Exhibits at issue from the public docket.

### Rule 3.01(g) Certification

Counsel for Defendants conferred with counsel for Plaintiffs on March 7, 2018 regarding the relief sought in this motion. The parties agree as to the relief sought in this motion.

WHEREFORE, the parties respectfully request that this Court enter an Order striking Exhibits C-G and K to the Plaintiffs' Complaint [Doc. 1] without prejudice, and that the Court remove the Exhibits from the public docket, and grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

| | |
|---|---|
| */s/ __David G. Dragish_____*<br>LORI V. VAUGHAN, ESQ.<br>Florida Bar No. 0154921<br>Email: lvaughan@trenam.com<br>TRENAM KEMKER SCHARF BARKIN<br>FRYE O'NEILL & MULLIS PA<br>101 E. Kennedy Boulevard<br>Bank of America Plaza, Suite 2700<br>PO Box 1102 (33601)<br>Tampa, FL 33602<br>Telephone: (813) 223-7474<br><br>David G. Dragich (P63234)<br>Amanda C. Vintevoghel (P76567)<br>THE DRAGICH LAW FIRM PLLC<br>17000 Kercheval Avenue, Suite 210<br>Grosse Pointe, MI 48230<br>Telephone: (313) 886-4550<br>Email: ddragich@dragichlaw.com<br>Email: avintevoghel@dragichlaw.com<br><br>*Counsel for Plaintiffs* | */s/ Maureen P. Kelly_____*<br>PAUL J. SCHECK, ESQ.<br>Florida Bar No. 028487<br>Email: pscheck@shutts.com<br>MAUREEN P. KELLY, ESQ.<br>Florida Bar No. 119226<br>Email:  mpkelly@shutts.com<br>SHUTTS & BOWEN LLP<br>300 South Orange Avenue, Suite 1600<br>Orlando, Florida 32801<br>Telephone:  (407) 423-3200<br>Facsimile:   (407) 425-8316<br>*Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of March, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a copy to the counsel of record.

                                                                             */s/ Maureen P. Kelly_____*
                                                                              Maureen P. Kelly. Esq.