UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NDL KEG INC. and NDL KEG QINGDAO INC.,

    Plaintiffs,

v.

Case No: 6:18-cv-168-Orl-22TBS

GLOBAL KEG RENTAL LLC, BOBBY L. MOORE and PAUL BARRY,

    Defendants.

## ORDER

The Joint Motion to Strike and Remove Exhibits from Public Docket (Doc. 28), is **GRANTED**. Exhibits C-G and K to Plaintiff's complaint (Doc. 1), are **STRICKEN** and the Clerk shall **REMOVE** them from the docket.

**DONE** and **ORDERED** in Orlando, Florida on March 14, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties